IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 OCT 28 A 9:37

Ian Mitchner #54522-ETOP
_____
Full name and prison number
of plaintiff(s)

1:05CV1036-T

v.

Houston County Sheriff
Dept.
_____
_____
_____

CIVIL ACTION NO. N-A
(To be supplied by Clerk of
U.S. District Court)

_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____N/A_____

         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county) _____N/A_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Houston Co. Jail Dothan AL 36301

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Same

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS
1. 901 E. Main St. Dothan AL 36301 - All are Here
2. Lisa Speigner,
3. Sgt Jones
4. Lamar Glover
5. Commander McCanty
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED The month of September 05 First Week

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Cruel and unusual punishment. I Have Heptitas B. I Was Taken From the Medical Ward

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

With out Any explanation why, And put in a one man cell on The Floor Next to a K-mole, with A county inmate, that's also Has Hepititas, Being next to a unsanatary conditions.

**GROUND TWO:** After continuing trying to Find out why I was Moved they say something about some Ciggarrettes

**SUPPORTING FACTS:** I was Never written up about any Thing, Just Moved For No Apparent Reason. I'm being subjected to a lot of things in population, with Hepititas I'm Sure I don't Have to go into Detail

**GROUND THREE:** I'm not even allowed a Stack o Bunk They Have a Note in the cube Not to give me one

**SUPPORTING FACTS:** (That's discrimination) I deserve one Just Like Every one Sir. The conditions I'm Facing every single day is Truly un bearable, please Help me, Sleeping under a K-mole this is unreal

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

All I want is to be released now, or 100,000 Dollars IN CoNFeNSatioN

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 10.26.5
              (Date)

_____
Signature of plaintiff(s)

VICTOR NIEVES, JR.
NOTARY PUBLIC
ALABAMA STATE AT LARGE
MY COMMISSION EXPIRES
MAY 2, 2007

4