RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

1:05CV1036-T

I, __Ian Machner__, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?  YES ( ) NO (X) NO

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. __N/A In Jail__

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. __July 05  $40 Every 2 Weeks__

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?      YES (X) NO ( )
   B. Rent payments, interest, or dividends?                 YES ( ) NO (X)
   C. Pensions, annuities, or life insurance payments?       YES ( ) NO (X)
   D. Gifts or inheritances?                                 YES ( ) NO (X)
   E. Any other sources?                                     YES ( ) NO (X)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. __I was at Community Work Release__

3. Do you own cash, or do you have money in a checking/savings account?
   YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned. _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value. _____
   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. __N/A__
   _____
   _____
   _____

   _____Dan Mitchum   Dan Mitch_____
   Plaintiff

STATE OF ALABAMA
COUNTY OF __Houston County__

Subscribed and sworn to before me on this __26__ day of __October__,
~~199_~~ 2005, at __2228 Houston County__ Alabama.

_____
NOTARY PUBLIC in and for said County, in said State

VICTOR NIEVES, JR.
NOTARY PUBLIC
ALABAMA STATE AT LARGE
MY COMMISSION EXPIRES
MAY 2, 2007

(SEAL)

My commission expires _____.

## OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.


_____
Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/20/05___.
/(date)

2005 OCT 28 A 9:37

X __Ian Mitchner_____
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __0__ on account to his credit at the __Houston Co Jail__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ __0__         on the 1st day of __October__
2. $ __50.00__     on the 1st day of __September__
3. $ __5.00__      on the 1st day of __August__
4. $ __9.00__      on the 1st day of __July__
5. $ _____      on the 1st day of _____
6. $ _____      on the 1st day of _____

_____
_____
_____

__Tracy D. Walker_____
Authorized Officer of Institution

DATE __10/20/05__