IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IAN MITCHNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05-CV-1036-T |
| | ) | WO |
| HOUSTON COUNTY SHERIFF DEPARTMENT, *et al.,* | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On October 31, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED that:

1. Mitchner's claims against the Houston County Sheriff Department are dismissed prior to service in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B) (i).

2. This department is dismissed as a defendant in this cause of action.

3. This case, with respect to the remaining Defendants, is referred back to the Magistrate Judge for appropriate proceedings.

Done this 18th day of November, 2005.

                                                /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE