IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IAN MITCHNER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.: 1:05-cv-1036-T |
| | ) |
| HOUSTON COUNTY SHERIFF | ) |
| DEPT., et al., | ) |
| | ) |
|     Defendants. | ) |

**ENTRY OF APPEARANCE**

    COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., and hereby gives notice of his entry of appearance as counsel for Defendants, Nurse Practitioner Darla Speigner, Sheriff Lamar Glover, Commander William McCarty and Sergeant Jones.

    Dated this 18th day of November, 2005.

                                                      Respectfully submitted,

                                                      **s/Gary C. Sherrer**
                                                      GARY C. SHERRER (SHE016)
                                                      Attorney for Above-Referenced Defendants
                                                      SHERRER, JONES & TERRY, P.C.
                                                      335 West Main Street
                                                      Dothan, Alabama  36301
                                                      Telephone:  (334) 678-0100
                                                      Fax:  (334) 678-0900
                                                      E-mail:  gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon, Ian Mitchner, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 18th day of November, 2005.

                                                    **s/Gary C. Sherrer**
                                                    OF COUNSEL