IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IAN MITCHNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-CV-1036-T |
| ) | |
| LISA SPEIGNER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On October 31, 2005, this court entered an order, a copy of which the Clerk mailed to the plaintiff. The postal service returned this order because the plaintiff was no longer at the address he had provided to the court. As the administration of this case cannot proceed if the plaintiff's whereabouts remain unknown to this court, it is

ORDERED that:

1. On or before December 2, 2005, the plaintiff shall provide the court with his current address.

2. The time allowed the defendants for filing their special report be and is hereby STAYED until further order of this court.

The plaintiff is specifically *cautioned* that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done this   22nd day of November, 2005.


/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE