IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IAN MITCHNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-01036-T |
| | ) | WO |
| LISA SPEIGNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On December 5, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for failure of the plaintiff to prosecute this action and his failure to comply with the orders of this court.

Done this the30th day of December, 2005.

　　　　　　　　　/s/ Myron H. Thompson　　　
　　　　　　UNITED STATES DISTRICT JUDGE